# STEVEN CHUNG AND ASSOCIATES

ATTORNEYS AT LAW
A LIMITED LIABILITY LAW COMPANY

*CORRESPONDENCE*

STEVEN K. S. CHUNG
LAUREN A. STERN

## TRANSMITTAL MEMORANDUM
## VIA FACSIMILE

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT OUR ADDRESS BELOW VIA THE U.S. POSTAL SERVICE. THANK YOU.

**DATE:** October 31, 2007              **TIME:** 5:55 p.m.

**TO:** Honorable Susan Mollway        **FAX NO.:** 541-1724

**FROM:** Steven K. S. Chung            **FAX NO.:** (808) 539-0698
                                         **PHONE NO.:** (808) 539-0699

**TOTAL NO. OF PAGES:**

**DOCUMENT(S) SENT:**   Anna DeSimone Updated Resume
                        8/3/07 Professional Services Agreement

**REMARKS:**

Pursuant to the Court's instruction, attached is the updated resume of our expert, Anna DeSimone. The information includes Ms. DeSimone's compensation, education, publications and expert testimony. Also attached is a copy of the 8/3/07 Professional Services Agreement that you requested during today's proceedings.

cc: Gary Dubin, Esq.        Fax No.: 523-7733        Time: 5:55 p.m.

*HARD COPY [ ] WILL   [ X ] WILL NOT FOLLOW BY U.S. MAIL*

We are transmitting from Xerox WC7655. If you do not receive all the pages, please call as soon as possible at (808) 539-0699 and ask for Debra or Jay.

410 DAVIES PACIFIC CENTER · 841 BISHOP STREET · HONOLULU, HAWAII 96813
TELEPHONE (808) 539-0699 · FACSIMILE (808) 539-0698

## Anna DeSimone
### Updated Resume 10/31/2007

**Education**
- Chandler College, Boston, Massachusetts
    2-Year Associates Degree 1966
- Harvard University, Cambridge, Massachusetts
    Attended 2 Years, Part Time

**Expert Services**
- Mortgage Fraud, Discrimination and Predatory Lending
- Compliance with state and federal consumer compliance regulations
- Compliance with HUD, Fannie Mae, Freddie Mac

**Expert Testimony**
- HUD - testified in two proceedings in the past three years as mortgage fraud expert
- Peabody and Arnold, Boston, Massachusetts - retained as expert witness by law firm (approximately 1996)
- McGlinchey and Stafford, New Orleans, Louisiana - retained as expert witness by law firm (approximately 2005)

**Employment**

**Bankers Advisory, Inc.,** President
Founded by Anna DeSimone in 1986, Bankers Advisory provides audit and consulting services to mortgage lenders. Mortgage files are reviewed and investigated for fraud, predatory lending and regulatory compliance and investment quality. Bankers Advisory publishes policy guides for lenders and educational materials for consumers. The firm has audited more than 100,000 mortgage files in the past 10 years.

**Books, Works, and Other Publications**

*Software Developed*
Desktop Underwriter
- Obtained Trademark in 1987
- Sold to Fannie Mae in 1994

*Books Authored (Published by the Mortgage Bankers Assoc. of America)*
- Fair Lending Resource Guide, 1994
- Handbook of Fair Lending 1996
- Mortgage Processing Courses (4 products)
- Reverse Mortgage Options for Older Americans, 1998
- International Mortgage Banking, 2001
- Fraud Detection and Deterrence (web based course)
- Introduction to Mortgage Brokering (web based)

*Works Created (Published by the Federal Reserve Bank of Boston)*
- Fed Challenge High School Curriculum
- Community Profiles
- Leaders Guide to Community Development

*Articles - Consumer Q&A*
Banker & Tradesman - Predatory Lending, Mortgage Fraud, Non-traditional Mortgages, Quality Control Mortgage Press, Secondary Marketing Executive & Weekly Consumer Q&A for Mortgage Journal

*Television & Radio*
- HBO Studios, New York.
    Educational videos for seniors; Scriptwriter & co-anchor with Steven Pollan, "*Staying Secure, Safeguarding Your Retirement Assets*" and "*Staying Home, Retiring on a Reverse Mortgage.*"
- Bloomberg News Radio, live Q&A mortgage commentator

**Compensation for Civil No. CV06-00311 (SOM-LEK)**
- Paid $1,695 in December of 2006 for Expert Report dated January 25, 2007
    Fee included reimbursement of costs and approximately 10 hours of work.
- Professional Services Agreement dated August 3, 2007
    $200/hr. for meetings and depositions
    $300/hr. for each day in court
    Reimbursement of travel and lodging expenses
    Estimated time spent to date (10/31/07): 12 hours

**Contact**

Anna DeSimone
375 Concord Ave., Belmont MA 02478
Tel 617-489-2008   Fax 617-489-2208
anna@bankersadvisory.com

## PROFESSIONAL SERVICES AGREEMENT

THIS AGREEMENT is made and entered into as of the 31st day of August, 2007, by and between ANNA DESIMONE of Bankers Advisory, Inc., whose address is 375 Concord Avenue, Belmont, Massachusetts 02478 ("Consultant") and STEVEN CHUNG AND ASSOCIATES, LLLC, whose address is 841 Bishop Street, Suite 410, Honolulu, Hawai'i 96813 ("Client").

## SCOPE OF WORK

Client has been retained by Meridian Mortgage, Inc., a Hawai'i corporation, nka Meridian Financial Network, Inc., a Nevada corporation ("Meridian"), a mortgage banking company, for representation in a lawsuit filed by David and Maxine Rochlen. In connection with the aforementioned lawsuit, Consultant has already provided a written report evaluating the Rochlen's intent to defraud Meridian, as based on factors such as their borrowing and credit history. To the extent this lawsuit proceeds to trial, which is expected to occur on or around October 30, 2007, in accordance with the court's schedule, Client may require your services, including trial testimony, as a consultant and/or expert witness. If it is confirmed that the lawsuit will proceed to trial, Client shall promptly arrange with Consultant the exact dates and length of stay that shall be necessary in Honolulu, Hawai'i.

Because this assignment involves existing litigation, Consultant agrees not to perform any professional services, including research, valuation and/or testimony, for parties adverse to Meridian.

## COMPENSATION FOR SERVICES

Compensation for the services described above shall be on a time basis not to exceed $200.00 per hour for meetings and depositions and $300.00 per hour for each day in court, plus travel and lodging expenses. No time shall be charged for travel time.

Except as provided above, Consultant shall bear all costs and expenses incurred by Consultant in connection with the Scope of Work. No additional compensation shall be paid to Consultant without prior written approval from Client.

## BILLING AND COSTS

Consultant shall bill Client monthly and payment will be made within thirty (30) days from the date of receipt of the invoice. All billings shall detail specifically the date upon which services were rendered, the description of such service, the person providing the service, and the person's billing rate. The invoice shall also include a detailed itemization of any costs incurred.

## TERMINATION OF AGREEMENT

Client may, upon written notice to Consultant, terminate this Agreement with or without

cause, whereupon Client's liability shall be for the payment of such sums due for services provided up to the date of such termination.

## CONFIDENTIALITY; ATTORNEY WORK PRODUCT

This Agreement and all information and reports arising out of this Agreement and/or prepared prior thereto and relating to the Scope of Work are to be considered confidential and shall not be disseminated by Consultant in any way whatsoever without Client's prior written approval. Consultant understands that all material produced pursuant to this Agreement is being compiled by Client in anticipation of litigation, and agrees that such material shall be the sole property of Client. Consultant agrees, for no additional consideration, to do any acts necessary to vest in Client all and clear title to all such material.

## AUTHORITY

Consultant does not have any authority to act on behalf of or represent Client in any way whatsoever except as may be provided in Scope of Work. Consultant is not an employee, representative, partner, broker or agent of Client.

AGREED AND ACCEPTED:

ANNA DESIMONE                              STEVEN CHUNG AND ASSOCIATES, LLLC

_[signature]_                              By _[signature]_
                                           Its _Member_

"Consultant"                               "Client"

2